| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>6/30/2025 | DATE AND TIME WARRANT EXECUTED<br>6/30/2025 at approx. 2:40 p.m. | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Maria Santos, Legal Support Sr. Supervisor |

INVENTORY MADE IN THE PRESENCE OF

SA Bryan Starek

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

$1,000,000 seized from Citibank account 42042310260, cashier's check no. 880020743

$1,000,000 seized from Citibank account 42042310252, cashier's check no. 880020742

## CERTIFICATION

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.*

Date: 7/10/2025

*(signature)*

*Executing Officer's Signature*

Bryan Starek, Special Agent

*Printed Name and Title*